In the Matter of HARRY SILBERGLITT et al., Appellants, against JOSEPH A. McNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Argued October 5, 1949; decided October 20, 1949.

*Matthew Silverman* for appellants.

*John P. McGrath, Corporation Counsel* (*Daniel T. Scannell* and *Seymour B. Quel* of counsel), for Municipal Civil Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: BROMLEY, J.